IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAY C. LOMACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05-CV-1212-DRB |
| | ) | [wo] |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's unopposed[1] *Motion for Extension of Time* (Doc. 12, filed May 4, 2006) and for good cause shown, it is hereby

**ORDERED** that the *Motion* (Doc. 12) is **GRANTED**.

Done this 5th day of May, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1]The Motion states that defense counsel does not object to an extension.