IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN  DIVISION

RAY C. LOMACK,                              )
                                            )
            Plaintiff,                      )
                                            )
      v.                                    )     1:05-CV-1212-DRB
                                            )     [wo]
JO ANNE B. BARNHART,                        )
COMMISSIONER OF SOCIAL SECURITY,            )
                                            )
            Defendant.                      )

## JUDGMENT

In accordance with the Order entered this day granting the Defendant's motion to remand

this case, pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings, it

is hereby

**ORDERED, ADJUDGED and DECREED**  that **JUDGMENT,**  pursuant to Rule 58 of the

Federal Rules of Civil Procedure is hereby entered in favor of Plaintiff, Ray C. Lomack, and against

the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, and that this case is

**REMANDED** to the Commissioner for  further consideration pursuant to *sentence four* of 42 U.S.C.

§ 405(g).


Done this 22nd day of JUNE, 2006.


                              **/s/ Delores R. Boyd**
                              DELORES R. BOYD
                              UNITED STATES MAGISTRATE JUDGE